EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Coral M. Rodríguez Vera | 2022 TSPR 100<br><br>210 DPR |

Número del Caso:  TS-21,532


Fecha:  28 de julio de 2022


Abogada de la parte peticionaria:

     Por derecho propio



Materia:  Reactivación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

                                    TS-21,532

Coral M. Rodríguez Vera

Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco, el Juez Asociado señor Rivera García y el Juez Asociado señor Colón Pérez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de julio de 2022.

Examinada la *Moción para reactivación como abogada practicante en Puerto Rico* del 11 de julio de 2022, se provee Ha Lugar a su solicitud de cambio a estatus a abogada activa.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo